UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00055 |
| | ) | JUDGE CAMPBELL |
| TIMOTHY WAYNE HEDGE | ) | |
| JAMES BENJAMIN LEE | ) | |

## ORDER

Pending before the Court is Defendant Lee's Renewed Motion For Early Disclosure Of Jury Questionnaire And Jury List (Docket No. 89). Through the Motion, the Defendant seeks early disclosure of jury panel information as permitted prior to the previous trial.

The Motion is GRANTED as follows: The Court will hold a hearing on May 1, 2013, at 1:00 p.m. to distribute a "Qualified Pool" Report of possible prospective jurors for the trial to be held on May 7, 2013. The Defendants and counsel shall attend the hearing.

The juror information contained in the Report shall be used only for purposes of jury selection and for no other purpose. The hard copies of the Report, and any additional copies, shall be returned to the Courtroom Deputy once a jury is sworn. No attorney or party, or their agents, may contact potential jurors, directly or indirectly, in this case.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE