UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00055 |
| | ) | JUDGE CAMPBELL |
| TIMOTHY WAYNE HEDGE | ) | |
| JAMES BENJAMIN LEE | ) | |

ORDER

The Court held a pretrial conference in this case on October 4, 2013. During the conference, the Court GRANTED Defendant James Benjamin Lee's Motion To Adopt The Court's Previously Given Jury Instructions (Docket No. 110). The Court explained that all prior rulings in this case would stand, and the jury instructions and verdict forms used in the previous trial would be used in the upcoming trial, unless a party specifically requests otherwise and states the basis for such a request.

For the reasons stated on the record, the Court DENIED Defendant Lee's oral request for severance, and alternatively, for a separate jury for each Defendant. The Court took UNDER ADVISEMENT Defendant Lee's request to play the video in question during voir dire. Defendant Hedge joined in the request, and the Government opposed the request.

The Court will hold a hearing on October 8, 2013, at 1:00 p.m. to provide juror information in advance of trial.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE