UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00055 |
| ) | JUDGE CAMPBELL |
| TIMOTHY WAYNE HEDGE and ) | |
| JAMES BENJAMIN LEE ) | |

ORDER

Pending before the Court is a Motion for Leave to File Document Under Seal (Docket No. 118). The Motion is GRANTED pending further order of the Court.

The Court will not rule on the underlying Motion until the Government files a statement as to why the Motion was not served on Defendants and why the Motion should be filed under seal.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE