UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          No. 3:12-00055
                                  )          JUDGE CAMPBELL
TIMOTHY WAYNE HEDGE, et al.       )

ORDER

Pending before the Court is the United States' Response To Court's Inquiry (Docket No. 121), indicating that the Government served the Defendants with its Sealed Motion (Docket No. 119) notwithstanding the absence of a certificate of service. The Defendants shall file any responses to the Sealed Motion on or before October 15, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE