UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:12-00055 |
| | ) | JUDGE CAMPBELL |
| TIMOTHY WAYNE HEDGE and | ) | |
| JAMES BENJAMIN LEE | ) | |

## ORDER

The Court will hold a hearing at 8:00 a.m. on Tuesday, October 15, 2013, to discuss all pending motions. All counsel and parties shall attend the hearing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE